UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

SHIRLEY T. SHERROD MD PC
TARGET BENEFIT PENSION PLAN
AND TRUST,

        Plaintiff,

v.                                      Case No. 21-10484

SUNTRUST INVESTMENT
SERVICES, INC.,

        Defendant.
_____/

## JUDGMENT

In accordance with the court's Opinion and Order dated March 28, 2022,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant SunTrust Investment Services and against Shirley T. Sherrod M.D. PC Target Benefit Pension Plan and Trust. Dated at Port Huron, Michigan this 28th day of March, 2022.

                                          KINIKIA ESSIX
                                          CLERK OF THE COURT

                                          BY: s/Lisa Wagner

Dated: March 28, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 28, 2022, by electronic and/or ordinary mail.

                                          s/Lisa Wagner_____/
                                          Case Manager and Deputy Clerk
                                          (810) 292-6522